UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBIN TURNER,

    Plaintiff,

v.       Case No. 3:20cv5991-MCR-HTC

KILOLO KIJAKAZI,
Commissioner of Social Security,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 8, 2022 (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The magistrate judge's Report and Recommendation (ECF Doc. 19) is adopted and incorporated by reference in this order.

(2)   The decision of the Commissioner, denying benefits, is AFFIRMED.

(3)   The clerk of court is directed to enter judgment accordingly, pursuant to sentence four of 42 U.S.C. §. 405(g), AFFIRMING the decision of the Commissioner.

(4)   The clerk is directed to close this case.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**